# RECORD NO. 14-1904

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

### SHEE ATIKÁ LANGUAGES, LLC AND
### THE SHEE ATIKÁ LANGUAGES, LLC, LIQUIDATING TRUST,

*Plaintiffs–Appellants,*

v.

### GLOBAL LINGUIST SOLUTIONS, LLC,

*Defendant–Appellee.*

On Appeal from the United States District Court
for the Eastern District of Virginia,
No. 1:13-cv-00850-LMB/TRJ (Brinkema, J.)

## Joint Appendix

| | |
|---|---|
| Michael J. Lockerby | Jennifer A. Mahar |
| Brian J. Kapatkin | Edmund M. Amorosi |
| Erik F. Benny | Todd Garland |
| FOLEY & LARDNER LLP | Zachary Prince |
| Washington Harbour | SMITH PACHTER MCWHORTER, PLC |
| 3000 K Street, NW, Suite 600 | 8000 Towers Crescent Dr., Suite 900 |
| Washington, DC 20007-5143 | Vienna, Virginia 22182 |
| 202.672.5300 | 703.847.6300 |
| 202.672.5399 (fax) | 703.847.6312 (fax) |
| *Counsel for Appellants* | *Counsel for Appellees* |

TABLE OF CONTENTS

| DATE | DESCRIPTION | START PAGE |
|---|---|---|
| | Docket Report from Eastern District of Virginia | JA 1 |
| 7/12/2013 | Complaint (Docket 1-0 through Docket 1-3) | JA 15 |
| | Exhibit A to Complaint (Docket 1-4) | JA 56 |
| | Exhibit B to Complaint (Docket 1-5) | JA 153 |
| | Exhibit C to Complaint (Docket 1-6) | JA 165 |
| | Exhibit D to Complaint (Docket 1-7) | JA 175 |
| | Exhibit E to Complaint (Docket 1-8) | JA 178 |
| | Exhibit F to Complaint (Docket 1-9) | JA 197 |
| | Exhibit G to Complaint (Docket 1-10) | JA 199 |
| | Exhibit H to Complaint (Docket 1-11) | JA 203 |
| | Exhibit I to Complaint (Docket 1-12) | JA 206 |
| | Exhibit J to Complaint (Docket 1-13) | JA 269 |
| | Exhibit K to Complaint (Docket 1-14) | JA 277 |
| | Exhibit L to Complaint (Docket 1-15) | JA 291 |
| | Exhibit M to Complaint (Docket 1-16) | JA 294 |
| | Exhibit N to Complaint (Docket 1-17) | JA 296 |
| | Exhibit O to Complaint (Docket 1-18) | JA 298 |
| | Exhibit P to Complaint (Docket 1-19) | JA 302 |
| | Exhibit Q to Complaint (Docket 1-20) | JA 306 |
| | Exhibit R to Complaint (Docket 1-21) | JA 323 |
| | Exhibit S to Complaint (Docket 1-22) | JA 326 |
| | Exhibit T to Complaint (Docket 1-23) | JA 330 |
| | Exhibit U to Complaint (Docket 1-24) | JA 332 |
| | Exhibit V to Complaint (Docket 1-25) | JA 335 |
| | Exhibit W to Complaint (Docket 1-26) | JA 341 |
| | Exhibit X to Complaint (Docket 1-27) | JA 343 |
| | Exhibit Y to Complaint (Docket 1-28) | JA 345 |
| | Exhibit Z to Complaint (Docket 1-29) | JA 347 |
| | Exhibit AA to Complaint (Docket 1-30) | JA 350 |
| | Exhibit BB to Complaint (Docket 1-31) | JA 355 |
| | Exhibit CC to Complaint (Docket 1-32) | JA 358 |
| | Modifications 2, 3, 4, 5, 9, 13, 20, and 21 to Subcontract Agreement No. INSCOM-SAL-0001, between Global Linguist Solutions Inc. and Shee Atiká Languages, LLC | JA 366 |
| 9/20/2013 | Answer of Defendant Global Linguist Solutions, LLC (Docket 20) | JA 403 |
| 11/22/2013 | Defendant Global Linguist Solutions, LLC's Motion to Strike and Motion in Limine to Exclude Plaintiffs' Reul 26(a)(2) Expert Disclosure (Docket 25) | JA 425 |
| 11/22/2013 | Memorandum in Support of Defendant's Motion to Strike and Motion in Limine to Exclude Plaintiffs' Rule 26(a)(2) Expert Disclosure (Docket 26) | JA 429 |

| DATE | DESCRIPTION | START PAGE |
|---|---|---|
| | Attachment 1 to Defendant's Motion to Strike (Docket 26-1) | JA 445 |
| | Attachment 2 to Defendant's Motion to Strike (Docket 26-2) | JA 454 |
| | Attachment 3 to Defendant's Motion to Strike (Docket 26-3) | JA 457 |
| | Attachment 4 to Defendant's Motion to Strike (Docket 26-4) | JA 461 |
| | Attachment 5 to Defendant's Motion to Strike, with Exhibits A-E (Docket 26-5 and 26-6) | JA 464 |
| 12/4/2013 | The Shee Atiká Plaintiffs' Opposition to Defendant's Motion to Strike Rule 26(a)(2) Expert Disclosure, with Exhibits A-G (Docket 28) | JA 491 |
| | Exhibit A to Plaintiffs' Opposition to Defendant's Motion to Strike (Docket 28-1) | JA 510 |
| | Exhibit B to Plaintiffs' Opposition to Defendant's Motion to Strike (Docket 28-2 | JA 520 |
| | Exhibit C to Plaintiffs' Opposition to Defendant's Motion to Strike (Docket 28-3 | JA 551 |
| | Exhibit D to Plaintiffs' Opposition to Defendant's Motion to Strike (Docket 28-4) | JA 558 |
| | Exhibit E to Plaintiffs' Opposition to Defendant's Motion to Strike (Docket 28-5) | JA 567 |
| | Exhibit F to Plaintiffs' Opposition to Defendant's Motion to Strike (Docket 28-6) | JA 589 |
| | Exhibit G to Plaintiffs' Opposition to Defendant's Motion to Strike (Docket 28-7) | JA 613 |
| 12/4/2013 | The Shee Atiká Plaintiffs' Motion for Partial Summary Judgment on Count I of the Complaint (Breach of Contract) (Docket 29) | JA 619 |
| 12/5/2013 | Defendant's Rebuttal Brief to Plaintiffs' Opposition to Defendant's Motion to Strike and Motion in Limine to Exclude Plaintiffs' Rule 26(a)(2) Expert Disclosure (Docket 33) | JA 622 |
| 12/6/2013 | Order granting Defendant's Motion to Strike (Docket 35) | JA 631 |
| 12/22/2013 | Amended Memorandum in Support of The Shee Atiká Plaintiffs' Motion for Partial Summary Judgment on Count I of the Complaint (Breach of Contract) (Docket 53) | JA 632 |
| | Exhibit 1 to Amended Memorandum in Support of Motion for Partial Summary Judgment: Global Linguist Solutions, LLC's Responses to Plaintiff's First Requests for Admission, Documents Requests, and Interrogatories (Docket 53-1) | JA 667 |
| | Amended Declaration of Darrell J. Over, attached to Amended Memorandum in Support of Motion for Partial Summary Judgment (Docket 53-2) | JA 738 |
| | Exhibit A to Amended Declaration of Over (Docket 53-3) | JA 741 |
| | Exhibit B to Amended Declaration of Over (Docket 53-4) | JA 744 |
| | Exhibit C to Amended Declaration of Over (Docket 53-5) | JA 793 |
| | Exhibit D to Amended Declaration of Over (Docket 53-6) | JA 851 |

| DATE | DESCRIPTION | START PAGE |
|---|---|---|
| 12/23/2013 | Defendant Global Linguist Solutions, LLC's Cross-Motion for Summary Judgment on Count I (Breach of Contract) and Count II (Unjust Enrichment) and Opposition to the Plaintiffs' Motion for Partial Summary Judgment on Count 1 of the Complaint (Breach of Contract) (Docket 57) | JA 865 |
| 12/23/2013 | Memorandum in Support of Defendant Global Linguist Solutions, LLC's Cross Motion for Summary Judgment on Count I (Breach of Contract) and Count II (Unjust Enrichment) and in Opposition to the Plaintiffs' Motion for Partial Summary Judgment on Count 1 of the Complaint (Breach of Contract) (Docket 58) – SEE END OF APPENDIX FOR MEMORANDUM WITH ALL EXHIBITS ATTACHED | JA 872 |
| 1/8/2014 | The Shee Atiká Plaintiffs' Reply Memorandum in Support of Their Motion for Partial Summary Judgment on Count I of the Complaint (Breach of Contract) and Opposition to Defendant's Cross Motion for Summary Judgment (Docket 67) | JA 908 |
|  | Exhibit 1 to Plaintiffs' Reply Memorandum (Docket 67-1) | JA 944 |
|  | Exhibit 2 to Plaintiffs' Reply Memorandum (Docket 67-2) | JA 960 |
|  | Exhibit 3 to Plaintiffs' Reply Memorandum (Docket 67-3) | JA 965 |
|  | Exhibit 4 to Plaintiffs' Reply Memorandum (Docket 67-4) | JA 968 |
|  | Exhibit 5 to Plaintiffs' Reply Memorandum (Docket 67-5) | JA 970 |
|  | Exhibit 6 to Plaintiffs' Reply Memorandum (Docket 67-6) | JA 974 |
|  | Exhibit 7 to Plaintiffs' Reply Memorandum (Docket 67-7) | JA 980 |
|  | Exhibit 8 to Plaintiffs' Reply Memorandum (Docket 67-8) | JA 985 |
|  | Exhibit 9 to Plaintiffs' Reply Memorandum (Docket 67-9) | JA 990 |
|  | Exhibit 10 to Plaintiffs' Reply Memorandum (Docket 67-10) | JA 1008 |
|  | Exhibit 11 to Plaintiffs' Reply Memorandum (Docket 67-11) | JA 1010 |
|  | Exhibit 12 to Plaintiffs' Reply Memorandum (Docket 67-12) | JA 1013 |
|  | Exhibit 13 to Plaintiffs' Reply Memorandum (Docket 67-13) | JA 1019 |
|  | Exhibit 14 to Plaintiffs' Reply Memorandum (Docket 67-14) | JA 1022 |
|  | Exhibit 15 to Plaintiffs' Reply Memorandum (Docket 67-15) | JA 1025 |
|  | Exhibit 16 to Plaintiffs' Reply Memorandum (Docket 67-16) | JA 1034 |
|  | Exhibit 17 to Plaintiffs' Reply Memorandum (Docket 67-17) | JA 1057 |
|  | Exhibit 18 to Plaintiffs' Reply Memorandum (Docket 67-18) | JA 1060 |
|  | Exhibit 19 to Plaintiffs' Reply Memorandum (Docket 67-19) | JA 1064 |
|  | Exhibit 20 to Plaintiffs' Reply Memorandum (Docket 67-20) | JA 1067 |
|  | Exhibit 21 to Plaintiffs' Reply Memorandum (Docket 67-21) | JA 1073 |
|  | Exhibit 22 to Plaintiffs' Reply Memorandum (Docket 67-22) | JA 1076 |
|  | Exhibit 23 to Plaintiffs' Reply Memorandum (Docket 67-23) | JA 1082 |
|  | Exhibit 24 to Plaintiffs' Reply Memorandum (Docket 67-24) | JA 1088 |
|  | Exhibit 25 to Plaintiffs' Reply Memorandum (Docket 67-25) | JA 1094 |
|  | Exhibit 26 to Plaintiffs' Reply Memorandum (Docket 67-26) | JA 1096 |
|  | Exhibit 27 to Plaintiffs' Reply Memorandum (Docket 67-27) | JA 1098 |
|  | Exhibit 28 to Plaintiffs' Reply Memorandum (Docket 67-28) | JA 1180 |

| DATE | DESCRIPTION | START PAGE |
|---|---|---|
| | Exhibit 29 to Plaintiffs' Reply Memorandum (Docket 67-29) | JA 1183 |
| | Exhibit 30 to Plaintiffs' Reply Memorandum (Docket 67-30) | JA 1186 |
| | Exhibit 31 to Plaintiffs' Reply Memorandum (Docket 67-31) | JA 1195 |
| | Exhibit 32 to Plaintiffs' Reply Memorandum (Docket 67-32) | JA 1199 |
| | Exhibit 33 to Plaintiffs' Reply Memorandum (Docket 67-33) | JA 1203 |
| | Exhibit 34 to Plaintiffs' Reply Memorandum (Docket 67-34) | JA 1206 |
| | Exhibit 35 to Plaintiffs' Reply Memorandum (Docket 67-35) | JA 1208 |
| | Exhibit 36 to Plaintiffs' Reply Memorandum (Docket 67-36) | JA 1214 |
| | Exhibit 37 to Plaintiffs' Reply Memorandum (Docket 67-37) | JA 1219 |
| | Exhibit 38 to Plaintiffs' Reply Memorandum (Docket 67-38) | JA 1223 |
| | Exhibit 39 to Plaintiffs' Reply Memorandum (Docket 67-39) | JA 1228 |
| | Exhibit 40 to Plaintiffs' Reply Memorandum (Docket 67-40) | JA 1232 |
| | Exhibit 41 to Plaintiffs' Reply Memorandum (Docket 67-41) | JA 1235 |
| | Exhibit 42 to Plaintiffs' Reply Memorandum (Docket 67-42) | JA 1237 |
| | Exhibit 43 to Plaintiffs' Reply Memorandum (Docket 67-43) | JA 1240 |
| 1/14/2014 | Defendant Global Linguist Solutions, LLC's Reply in Support of Its Cross-Motion for Summary Judgment on Count I (Breach of Contract) and Count II (Unjust Enrichment) and in Opposition to the Plaintiffs' Motion for Partial Summary Judgment on Count I of the Complaint (Breach of Contract) (Docket 72) | JA 1250 |
| | Attachment 1 to Defendant's Reply (Docket 72-1) | JA 1276 |
| | Attachment 2 to Defendant's Reply (Docket 72-2) | JA 1279 |
| | Attachment 3 to Defendant's Reply: Peters' Second Affidavit (Docket 72-3) | JA 1282 |
| | Exhibit A to Peters' Second Affidavit (Docket 72-4) | JA 1288 |
| | Exhibit B to Peters' Second Affidavit (Docket 72-5) | JA 1385 |
| | Exhibit C to Peters' Second Affidavit (Docket 72-6) | JA 1462 |
| | Exhibit D to Peters' Second Affidavit (Docket 72-7) | JA 1540 |
| | Exhibit E to Peters' Second Affidavit (Docket 72-8) | JA 1596 |
| | Exhibit F to Peters' Second Affidavit (Docket 72-9) | JA 1680 |
| | Exhibit G to Peters' Second Affidavit (Docket 72-10) | JA 1759 |
| | Attachment 4 to Defendant's Reply (Docket 72-11) | JA 1844 |
| 8/1/2014 | Memorandum Opinion (Docket 80) | JA 1848 |
| 8/1/2014 | Order (Docket 81) | JA 1878 |
| 8/4/2014 | Judgment (Docket 82) | JA 1879 |
| 9/2/2014 | Notice of Appeal (Docket 91) | JA 1880 |
| 12/23/2013 | Memorandum in Support of Defendant Global Linguist Solutions, LLC's Cross Motion for Summary Judgment on Count I (Breach of Contract) and Count II (Unjust Enrichment) and in Opposition to the Plaintiffs' Motion for Partial Summary Judgment on Count 1 of the Complaint (Breach of Contract) (Docket 58) | JA 1883 |
| | Attachment A to Memorandum in Support of Defendant's Cross Motion (Docket 58-1) | JA 1919 |

| DATE | DESCRIPTION | START PAGE |
|---|---|---|
|  | Attachment B to Memorandum in Support of Defendant's Cross Motion (Docket 58-2) | JA 2026 |
|  | Attachment C to Memorandum in Support of Defendant's Cross Motion (Docket 58-3) | JA 2037 |
|  | Attachment D to Memorandum in Support of Defendant's Cross Motion (Docket 58-4) | JA 2175 |
|  | Attachment E to Memorandum in Support of Defendant's Cross Motion (Docket 58-5) | JA 2234 |
|  | Attachment F to Memorandum in Support of Defendant's Cross Motion (Docket 58-6) | JA 2236 |

# **CERTIFICATE OF SERVICE**

I certify on this 28th day of October 2014, the foregoing JOINT APPENDIX was served on all parties, or their counsel of record, through the CM/ECF system:

Jennifer A. Mahar, Esq.
Edmund M. Amorosi, Esq.
Todd Garland, Esq.
Zachary Prince, Esq.
SMITH PACHTER MCWHORTER, PLC
8000 Towers Crescent Drive, Suite 900
Vienna, Virginia 22182
Telephone: (703) 847-6300
Facsimile: (703) 847-6312
Email: jmahar@smithpachter.com
Email: eamorosi@smithpachter.com
Email: tgarland@smithpachter.com
Email: zprince@smithpachter.com

                                                    /s/ Michael J. Lockerby
                                                    Michael J. Lockerby